FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 05, 2025**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHADY KNOLL ORCHARDS & DISTILLERY LLC, PETER WRIGHT, and CHRIS BAUM,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID POSTMAN, Chairperson of the Washington Liquor and Cannabis Commission,<br><br>Defendants. | NO. 1:23-CV-3093-TOR<br><br>ORDER SUBSTITUTING DEFENDANT |

BEFORE THE COURT is Defendant's Motion to Substitute (ECF No. 29) Jim Vollendroff for David Postman as the named Defendant in this matter. Jim Vollendroff was appointed as the Chairperson of the Washington Liquor and Cannabis Board, replacing David Postman. Accordingly, pursuant to the automatic substitution rule set forth in Federal Rule of Civil Procedure 25(d), the Defendant in the caption should now read:

ORDER SUBSTITUTING DEFENDANT ~ 1

JIM VOLLENDROFF, Chairperson of the Washington Liquor and Cannabis Commission.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Substitute (ECF No. 29) is **GRANTED**.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and adjust the docket to reflect the current successor public official.

DATED March 5, 2025.



THOMAS O. RICE
United States District Judge

ORDER SUBSTITUTING DEFENDANT ~ 2