AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 17, 2025**

SEAN F. McAVOY, CLERK

SHADY KNOLL ORCHARDS & DISTILLERY LLC, PETER WRIGHT, and CHRIS BAUM,

*Plaintiff*

v.

JIM VOLLENDROFF, Chairperson of the Washington Liquor and Cannabis Commission

*Defendant*

Civil Action No. 1:23-CV-3093-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs' Motion for Summary Judgment, ECF No. 27, is DENIED.
Defendant's Cross-Motion for Summary Judgment, ECF No. 32, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice .

Date: 4/17/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza